[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-11961
Non-Argument Calendar
_____

D.C. Docket No. 5:18-cr-00023-RH-MJF-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GREGORY BROADWAY,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(January 28, 2020)

Before WILSON, LAGOA and HULL, Circuit Judges.

PER CURIAM:

Maria Dykes, appointed counsel for Gregory Broadway, Jr., in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Broadway's conviction and sentence are **AFFIRMED**.